No. 291. Dunlap et al. *v.* Spilka, Trustee in Bankruptcy. Supreme Court of Ohio. Certiorari denied. *Joseph E. Finley* and *Mortimer Riemer* for petitioners. *Welles K. Stanley* for respondent.

No. 319. Wolfies Rest, Inc., *v.* Lincoln Restaurant Corp. et al. C. A. 2d Cir. Certiorari denied. *Theodore R. Kupferman* and *Sidney O. Raphael* for petitioner. *Irving Sonnenschein* for respondents.

No. 310. Virginia Metal Products, Inc., *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *James A. Cuddihy* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Kenneth E. Levin* for respondent.

No. 311. Samuel B. Franklin & Co. *v.* Securities & Exchange Commission. C. A. 9th Cir. Certiorari denied. *Solicitor General Cox, Peter Dammann* and *David Ferber* for respondent.

No. 313. Kirkland et al. *v.* Johnson et al. C. A. 5th Cir. Certiorari denied. *Sander W. Shapiro* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Herbert E. Morris* for respondents.

No. 309. Mayer et al. *v.* Zim Israel Navigation Co., Ltd. C. A. 2d Cir. Certiorari denied. *Silas B. Axtell* and *Charles A. Ellis* for petitioners. *Matthew L. Danahar* for respondent.